IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TAMMY CAGLE,**
    Plaintiff,

v.                               3:07cv189/MCR/MD

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**
    Defendant.
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 22, 2010. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's amended petition for authorization of attorney fees (doc. 49) is GRANTED and the Commissioner shall disburse the sum of $14,055.63 to plaintiff's counsel, Byron A. Lassiter, Esq., as reasonable attorney fees under Title 42. U.S.C. § 406(b).

      **3.** **Plaintiff's counsel shall refund to plaintiff the $7,168.14 previously awarded him by this court under the EAJA.**

      **DONE AND ORDERED this 21st day of October, 2010.**

                    *s/ M. Casey Rodgers*
                    **M. CASEY RODGERS**
                    **UNITED STATES DISTRICT JUDGE**